### ISAAC TAUB v. EVELYN FRANK.

**Decided May 16, 1946.**

Before Justices PARKER, DONGES and OLIPHANT.

For the motion, *Samuel A. Larner.*

PER CURIAM.

The record of this cause exhibits a culpable and unexplained failure to bring on the cause for hearing in due course; and the present motion, though duly noticed, was argued without resistance. The writ of *certiorari* will be dismissed, and any existing restraint vacated, with costs.

Let a rule be entered accordingly.